

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesus Valenzuela Amaro,

Vs. No. 11-16-00246-CR

The State of Texas,

\* From the 385th District Court
  of Midland County
  Trial Court No. CR46174.

\* August 23, 2018

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, J.;
  Gray, C.J., sitting by assignment;
  and Wright, S.C.J., sitting by
  assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court in Count II to delete the cumulation order and to reflect that the sentences in Counts I and II are to be served concurrently. As modified, we affirm the judgments of the trial court.